OPINION — AG — THE OKLAHOMA WAR VETERANS COMMISSION MUST COMPLY WITH THE PROCEDURE PRESCRIBED BY 75 O.S. 1971 308 [75-308] WHEN IT WISHES TO MAKE CHANGES IN CRITERIA FOR ESTABLISHING MAINTENANCE CHARGES AT THE OKLAHOMA VETERANS CENTERS. CITE: 75 O.S. 1971 301 [75-301](1), 75 O.S. 1971 301 [75-301](2) 75 O.S. 1971 308 [75-308] (WILLIAM W. GORDEN JR) 75 O.S. 301 [75-301](2)(1)